SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff,<br><br>  vs.<br><br>Buggy Whip Inc., et al<br><br>      Defendants | Case No. **2:09-cv-02943-JAM-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL APRIL 9, 2010 FOR DEFENDANTS BUGGY WHIP INC. INDIVIDUALLY AND D/B/A BUGGY WHIP RESTAURANT; MICHAEL W. LESIEUR INDIVIDUALLY AND AS TRUSTEE OF THE DOROTHY J. LESIEUR REVOCABLE LIVING TRUST; STEPHEN N. LESIEUR INDIVIDUALLY AND AS TRUSTEE OF THE DOROTHY J. LESIEUR REVOCABLE LIVING TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Buggy Whip Inc. Individually and d/b/a Buggy Whip Restaurant; Michael W. Lesieur Individually and as Trustee of the Dorothy J. Lesieur Revocable Living Trust; Stephen N. Lesieur Individually and

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

as Trustee of the Dorothy J. Lesieur Revocable Living Trust, by and through their respective attorneys of record, Scott N. Johnson; Frank J. Ferris, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants Buggy Whip Inc. Individually and d/b/a Buggy Whip Restaurant; Michael W. Lesieur Individually and as Trustee of the Dorothy J. Lesieur Revocable Living Trust; Stephen N. Lesieur Individually and as Trustee of the Dorothy J. Lesieur Revocable Living Trust are granted an extension until April 9, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Buggy Whip Inc. Individually and d/b/a Buggy Whip Restaurant; Michael W. Lesieur Individually and as Trustee of the Dorothy J. Lesieur Revocable Living Trust; Stephen N. Lesieur Individually and as Trustee of the Dorothy J. Lesieur Revocable Living Trust response will be due no later than April 9, 2010.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED effective as of March 9, 2010

Dated: March 24, 2010          /s/Frank J. Ferris ___

                                Frank J. Ferris,

                                Attorney for Defendants

                                Buggy Whip Inc.

                                Individually and d/b/a

                                Buggy Whip Restaurant;

                                Michael W. Lesieur

                                Individually and as

                                Trustee of the Dorothy

                                J. Lesieur Revocable

                                Living Trust; Stephen N.

                                Lesieur Individually and

                                as Trustee of the

                                Dorothy J. Lesieur

                                Revocable Living Trust

Dated: March 9, 2010            /s/Scott N. Johnson ____

                                Scott N. Johnson,

                                Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:** that Defendants Buggy Whip Inc. Individually and d/b/a Buggy Whip Restaurant; Michael W. Lesieur Individually and as Trustee of the Dorothy J. Lesieur Revocable Living Trust; Stephen N. Lesieur Individually and as Trustee of the Dorothy J. Lesieur Revocable Living Trust shall have until April 9, 2010 to respond to complaint.

Dated: March 25, 2010  /s/ John A. Mendez_____
                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com